UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| MAXTENA, INC., | |
| Plaintiff, | |
| v. | Case No. 8:11cv945 (DKC) |
| JEREMY MARKS, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Maxtena, Inc. ("Maxtena"), by counsel, pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, files this Motion for Protective Order to maintain the confidentiality of all Maxtena-related documents produced by third parties in response to Defendant Marks' subpoenas, and in support thereof respectfully directs this Honorable Court to the accompanying Memorandum of Law in Support of Its Motion for Protective Order.

WHEREFORE, in consideration of the foregoing Plaintiff Maxtena, Inc., by counsel, respectfully requests that this Honorable Court enter a Protective Order requiring that the documents produced to Marks in response to his third-party subpoenas be designated as "CONFIDENTIAL" under the Protective Order. In the alternative, Plaintiff Maxtena, Inc. requests that the Court order that it be given a reasonable period of time, of not less than 90 days from the date of any denial of the requested protective order, in which to review the documents produced by third parties and provide confidentiality designations to Marks.

1

Respectfully submitted,

MAXTENA, INC.
By Counsel

/s/
Timothy J. McEvoy, Esquire
Sean Patrick Roche, Esquire
Matthew H. Sorensen, Esquire, *admitted pro hac vice*
CAMERON McEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
msorensen@cameronmcevoy.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2012, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system which will send notification of this filing to the following counsel of record:

Steven J. Lewicky, Esquire
Davis, Agnor, Rapaport & Skalny, LLC
10211 Wincopin Circle, Suite 600
Columbia, Maryland 21044
slewicky@darslaw.com
Counsel for Defendant Jeremy Marks

John Da Grosa Smith, Esquire
Matthew A. Horvath, Esquire
Smith LLC
1320 Ellsworth Industrial Blvd., Suite A1000
Atlanta, GA 30318
jdsmith@smithlit.com
mhorvath@smithlit.com
Counsel for Defendant Jeremy Marks

Scott R. Haiber, Esquire
Mac A. Marinaccio, Esquire
Hogan Lovells LLP
100 International Drive, Suite 200
Baltimore, Maryland 21202
scott.haiber@hoganlovells.com
Counsel for Thuraya Telecommunications
  Company and Robert Demers

/s/_____
Timothy J. McEvoy, Esquire
Sean Patrick Roche, Esquire
Matthew H. Sorensen, Esquire *admitted pro hac vice*
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
msorensen@cameronmcevoy.com
Counsel for Plaintiff

Cameron McEvoy PLLC — 11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030 — 703.273.8898 — 703.273.8897